UNITED STATES BANKRUPTCY COURT  
Eastern District of Oklahoma  
**Case No.: 09−81571**  
**Chapter: 13**

**FILED**  
Mar. 23, 2011  
Therese Buthod, Clerk  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  Vicki D. Woodall
  4904 Coyote Pass
  Muskogee, OK 74403

Social Security No.:
  xxx−xx−9748

Employer's Tax I.D. No.:

# FINAL DECREE

The above−referenced case has been dismissed

IT IS THEREFORE ORDERED THAT:

1. William Mark Bonney is discharged as Trustee of the estate of the above−named debtor(s); and

2. The above−referenced case is closed.

Dated: 3/23/11

*s/ Tom R. Cornish*
UNITED STATES BANKRUPTCY JUDGE